IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA          *
                                  *
     vs.                          *      CR 312-003
                                  *
KEMO PAULDO                       *

# O R D E R

Defendant has filed a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) on the basis that Amendment 782 to the United States Sentencing Guidelines has revised the guidelines applicable to drug trafficking offenses. Even though Amendment 782 became effective on November 1, 2014, no defendant may be released on the basis of the retroactive amendment before November 1, 2015. See U.S.S.G. Amend. 788. Thus, the Court will undertake a review of cases involving drug trafficking offenses in due course. If Defendant is entitled to a sentence reduction as a result of amendments to the United States Sentencing Guidelines, the Court will make such a reduction *sua sponte*. Accordingly, Defendant's motion (doc. no. 813) is **DEFERRED**.[1]

**ORDER ENTERED** at Augusta, Georgia, this 16th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is directed to terminate the motion for administrative purposes.