IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA      *
                              *
         vs.                  *     CR 312-003
                              *
KEMO PAULDO                   *

**ORDER**

The Clerk of Court received Defendant's motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) on February 18, 2015, even though the motion is dated November 1, 2014, and his transmittal letter is dated November 12, 2014.[1] On January 28, 2015, the Court granted a reduction to Defendant based upon Amendment 782 to the United States Sentencing Guidelines. Accordingly, the February 18, 2015 motion (doc. no. 826) is **DENIED AS MOOT**. The Clerk is directed to send a copy of the Court's Order of January 28, 2015, to Defendant with the service copy of this Order.

**ORDER ENTERED** at Augusta, Georgia, this _11_ day of March, 2015.

UNITED STATES DISTRICT JUDGE

---

[1] The postmark on the envelope is not discernable.